USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 3 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES OF AMERICA,

    -against-

ANGEL SEPULVEDA,

                           Defendant.

------------------------------------x

ORDER

15 Cr. 487-7, 15 Cr. 217-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The June 16, 2020 conference is adjourned to July 15, 2020 at 11:00 a.m.

Dated: New York, New York
       June 3, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge