UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,

    -against-

ANGEL SEPULVEDA,

                Defendant.
------------------------------------ x

ORDER

15 Cr. 487-7, 15 Cr. 217-1 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 2 2020

GEORGE B. DANIELS, United States District Judge:

The defendant in the above-captioned case is hereby sentenced to time served.

Dated: New York, New York
       July 22, 2020

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge