UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES OF AMERICA,

                -against-

ANGEL SEPULVEDA,

                            Defendant.

------------------------------------x

ORDER

15 Crim. 487-7 (GBD)

GEORGE B. DANIELS, United States District Judge:

A violation of supervised release hearing is scheduled for March 2, 2021 at 10:30 a.m.

Dated: New York, New York
       February 17, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge