

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 18, 2021

**SO ORDERED**

**By ECF and Email**
The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The violation of supervised release hearing is adjourned from March 22, 2021 to April 12, 2021 at 9:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

MAR 1 8 2021

Re: *United States v. Angel Sepulveda*, S6 15 Cr. 487 (GBD)
 *United States v. Angel Sepulveda*, 15 Cr. 217 (GBD)

Dear Judge Daniels:

A status conference relating to supervised release violations in the above-captioned matters is scheduled for this coming Monday, March 22, 2021, at 9 a.m.

The parties are continuing to confer about a potential disposition, and to facilitate those discussions jointly request that the Court adjourn the status conference by two weeks (and that any such conference be conducted by court call in light of the COVID-19 pandemic).

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
 Jared Lenow/Samson Enzer
 Assistant United States Attorneys
 (212) 637-1068/2342

Cc (by ECF): All Counsel of Record

1