UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

ANGEL SEPULVEDA,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

15 Crim. 487-7 (GBD)
15 Crim. 217-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled to occur on October 12, 2021 is adjourned to December 14, 2021 at 10:00am.

Dated: October 6, 2021
       New York, New York

SO ORDERED.

*signature*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE